**Piekarsky & Associates, LLC**
191 Godwin Avenue
Wyckoff, New Jersey 07481
Telephone: 201-560-5000
Mark R. Faro, Esq. (016742009)
*Counsel for Creditor Angel Santiago*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>STRIKE FORCE PROTECTIVE SERVICES, INC.<br><br>Debtor. | Chapter 11  *Order Filed on February 21, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey*<br><br>Case No.  18-10156<br><br>Hon. John K. Sherwood |
|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
### TO PROCEED WITH SOUTHERN DISTRICT OF NEW YORK ACTION CONCERNING
### PERSONAL INJURY CLAIMS ONLY TO THE EXTENT OF ANY APPLICABLE INSURANCE.

**THIS MATTER** having come before the Court by way of a notice of motion by Piekarsky & Associates, LLC (Mark R. Faro, Esq. appearing), counsel on behalf of Creditor/Interested Party, Angel Santiago, for an order for relief from the automatic stay for cause pursuant to 11 U.S.C. §362; and the Court having considered the motion and any objections to the motion; and the arguments of counsel on the record at the hearing; and good cause having been shown; and for the reasons set forth on the record it is hereby;

    **ORDERED**, that the motion is granted as set forth herein; and it is further

    **ORDERED**, that the automatic stay is lifted to allow Angel Santiago to proceed with remedies, including Southern District of New York court action concerning personal injury

**DATED: February 21, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

claims to the extent of any applicable insurance (Docket No. 1:17-cv-00101-PAE); and it is further

**ORDERED**, that the fourteen (14) day stay of orders provided under Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall be immediately enforceable upon its entry; and it is further

**ORDERED** that the Creditor's counsel shall serve a copy of this Order on all affected parties by regular mail within seven (7) days hereof.